IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON TIPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-588-WKW |
| | ) | [WO] |
| HOUSTON COUNTY BOARD | ) | |
| OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On December 5, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 36.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 36) is ADOPTED;

(2) Defendant David Sewell's motion to dismiss the amended complaint (Doc. # 30) is GRANTED;

(3) Plaintiff's action against Defendant David Sewell is DISMISSED without prejudice;

(4) Defendant David Sewell's motion to dismiss the originating complaint (Doc. # 22) is DENIED as moot.

This action is referred back to the Magistrate Judge for further proceedings as to the other Defendants.

DONE this 5th day of April, 2018.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE